## Hobbs *v.* Shamokin Borough, Appellant.

OPINION BY WILLIAMS, J., March 13, 1917:

For the reasons given in the opinion in Isaac Hobbs v. Borough of Shamokin, ante p. 22, the judgment is affirmed.